UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 JUL -8 AM 7:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA


DEPUTY

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

ABRAHAM ORTIZ-PULIDO,

          Defendant.

CASE NO. 10cr1478-DMS

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

**X**  of the offense(s) of: 8:1326 (a) and (b)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/7/10

_____
JAN M. ADLER
UNITED STATES DISTRICT JUDGE

ENTERED ON _____